PROB 12B
ED/AR (8/2002)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 9 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Harold Brown | Case Number: 4:98CR00059-01 JLH |

Name of Sentencing Judicial Officer:   Honorable Stephen M. Reasoner
United States District Judge

Reassigned to the Honorable J. Leon Holmes
United States District Judge

Offense:     Count One: Distribution of cocaine base
Count Two: Conspiracy to possess forged securities

Date of Sentence:     August 23, 2000

Sentence:     128 months on count one and 60 months on count two to run concurrently, 5 years supervised release on count one and 3 years supervised release on count two to run concurrently, substance abuse treatment, drug testing, financial conditions, no new lines of credit, $24,044 restitution and $200 special penalty assessment

Type of Supervision: Supervised Release     Date Supervision Commenced: December 4, 2009
Expiration Date: December 3, 2014

Asst. U.S. Attorney: Jana Harris     Defense Attorney: Dale Adams

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall make monthly restitution payments in the amount of $50 per month until paid in full.**

## CAUSE

Mr. Brown was initially required by the Court to make restitution payments in the amount of ten percent of his net monthly income. However, Mr. Brown has indicated that due to paying child support for two children and his monthly household expenses, he is unable to make his required payments. Since being on supervised release Mr. Brown has not been able to pay the required 10 percent of his gross monthly income. His current balance is $23,637. Recently, Mr. Brown was required to submit a Prob 48B monthly cash flow statement. After reviewing this form and speaking to Mr. Brown, it was determined

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Harold Brown           Case Number: 4:98CR00059-01 JLH

that he was unable to submit the amount of restitution ordered by the Court. On August 20, 2010, Mr. Brown signed the attached Prob 49 waiving his right to a hearing and agreeing to modify his conditions to reduce his restitution payments to $50 per month. Attorney Dale Adams has agreed to the modification.

_____          _____
Dwayne M. Ricks                          Jana Harris
U.S. Probation Officer                   Assistant U.S. Attorney

Date: 9/2/10                             Date: 9/3/2010

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Sept. 9, 2010
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DMR/kyj

c: Defense Attorney, Dale Adams, 813 W. 3rd Street, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly restitution payments in the amount of $50 per month until paid in full.

Witness: _[signature]_                 Signed: _[signature] Harold Brown_
U.S. Probation Officer                  Probationer or Supervised Releasee

_8-20-10_
DATE